# United States District Court
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2021

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No.  2:21-MJ-00532-JAG |
| VINCINT PETRUSHKIN | ) |

## CRIMINAL COMPLAINT

I, Taylor Clarke, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) November 5, 2021, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

*Taylor Clarke, Special Agent, FBI*
Printed name and title

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically.

Date:  November 9, 2021

_____
Judge's signature

*James A. Goeke, United States Magistrate Judge*
Printed name and title

City and state:  Spokane, Washington